UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FERNANDO MEZA VARGAS,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden of Otay Mesa Detention Center; TODD LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, U.S. Department of Justice,

Respondents.

Case No.: 3:26-cv-2145-JES-AHG

**ORDER CONDITIONALLY APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE**

Before the Court is *pro se* Petitioner Fernando Meza Vargas's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Pursuant to the Court's Order to Show Cause, Respondents filed a Return to the Petition on April 15, 2026. ECF No. 6.

Considering the complexity of the constitutional, statutory, and procedural issues presented in this matter, the Court finds that representation will serve the interests of justice. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

1

Accordingly, the Court hereby **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc., as counsel to Petitioner, effective immediately. The Court **ORDERS** Petitioner to submit a form CJA 23 financial affidavit by **Friday, May 15, 2026,** to demonstrate his financial eligibility. *See* 18 U.S.C. § 3006A(b); *Terrovona v. Kincheloe*, 912 F.2d 1176, 1181–82 (9th Cir. 1990). If Federal Defenders of San Diego, Inc., determines that Petitioner is not financially eligible for appointed counsel, or that it does not have the capability to represent him, Federal Defenders of San Diegos, Inc., shall notify Petitioner and file notice with this Court by **Friday, May 15, 2026**. If so, Petitioner shall continue unrepresented. If Federal Defenders choose to accept representation, Petitioner may file an amended Petition no later than **Monday, May 18, 2026**.

      **IT IS SO ORDERED.**

Dated: May 7, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-2145-JES-AHG