

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MEZA VARGAS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden of Otay Mesa Detention Center; TODD LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, U.S. Department of Justice,<br><br>Respondents. | Case No.: 3:26-cv-2145-JES-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING LEAVE TO RESPOND TO AMENDED PETITION; and**<br><br>**(2) SETTING BRIEFING SCHEDULE FOR OPTIONAL RESPONSE** |

Before the Court is Petitioner Fernando Meza Vargas's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause, Respondents filed a Return to the Petition on April 15, 2026. ECF No. 6. The Court subsequently appointed counsel to Petitioner given the legal complexity of issues involved in the Petition, and granted leave to file an amended petition. ECF No. 7.

1

On May 14, 2026, Petitioner filed an Amended Petition, which is now the operative Petition in this matter. ECF No. 11. The Court **GRANTS** Respondents leave to file an optional response to the Amended Petition, and **ORDERS** that Respondents may file an optional Return to the Amended Petition, if any, no later than 5:00 p.m. on **Tuesday, May 19, 2026**. If Respondents elect to file a new Return, Petitioner may file an optional Traverse in support of the Amended Petition no later than 5:00 p.m. on **Wednesday, May 20, 2026**. If Respondents decline to file a new Return, the Court will consider the Return filed on April 15, 2026, as responsive to the Amended Petition. *See* ECF No. 6.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-2145-JES-AHG