UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FERNANDO MEZA VARGAS,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden of Otay Mesa Detention Center; TODD LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, U.S. Department of Justice,

Respondents.

Case No.: 3:26-cv-2145-JES-AHG

**ORDER DISMISSING PETITION**

Before the Court is Petitioner Fernando Meza Vargas's ("Petitioner") Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, now the operative Petition in this matter. ECF No. 11 ("Pet."). Pursuant to the Court's order, Respondents filed a Return to the Amended Petition, and Respondents filed a Traverse. ECF Nos. 13, 14.

1

In the Amended Petition, Petitioner argues that he is entitled to a bond hearing under 8 U.S.C. § 1226(a). Pet. at 3. In the Return, Respondents attest that Petitioner has been granted such a bond hearing. ECF No. 13 at 1. Petitioner raises no further challenges or issues in the Traverse. ECF No. 14. The Court thus finds that all requested relief has already been granted in this matter, and **DISMISSES** the Petition as moot. The Clerk of the Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 21, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-2145-JES-AHG